**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jason Brian Connor v. The State of Texas

Appellate case number:    01-12-00971-CR

Trial court case number:  1791565

Trial court:              County Criminal Court at Law No. 8 of Harris County


        Appellant's motion to substitute counsel is **granted**.  *See* TEX. R. APP. P. 6.5(d).
        It is so ORDERED.



Judge's signature: /s/ Sherry Radack
                   ☑ Acting individually     ☐ Acting for the Court


Date:  March 28, 2013